IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUJAHID MUHAMMAD, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BARRY SMITH, et al., | : | |
| Respondents. | : | No. 19-5203 |

## ORDER

JOHN M. YOUNGE, J.

   AND NOW, this  26th  day of  August , 2020, upon careful and independent consideration of the petition for Writ of Habeas Corpus, together with the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

  1. The Report and Recommendation is APPROVED and ADOPTED.

  2. The petition for Writ of Habeas Corpus is DISMISSED with prejudice.

  3. There is no probable cause to issue a certificate of appealability.

  4. The Clerk of the Court shall mark this case closed for statistical purposes.

               BY THE COURT:

                /s/ John Milton Younge
               JOHN M. YOUNGE, J.